1  KEVIN J. TULLY (S.B. # 079559)
   LAW OFFICES OF KEVIN J. TULLY
2  411 Borel Avenue, Suite 505
   San Mateo, California 94402
3  Telephone:  (650) 377-0708
   Facsimile:   (650) 377-0606
4
   THOMAS M. RIORDAN (S.B. # 176364)
5  JOHN V. BERLINSKI (S.B.# 208537)
   REUBEN D. WILSON (S.B.# 212563)
6  MOLLY J. MAGNUSON (S.B. # 229444)
   O'MELVENY & MYERS LLP
7  400 South Hope Street
   Los Angeles, California 90071-2899
8  Telephone: (213) 430-6000
   Facsimile: (213) 430-6407
9
   Attorneys for Defendant
10 VOLVO CARS OF NORTH AMERICA, LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CAROLE TREW, on behalf of herself and all others similarly situated, and on behalf of the General Public as a Private Attorney General; LOREN FUNK, on behalf of himself and all others similarly situated; and JUDITH AND MATTHEW WESLEY MARX, on behalf of themselves and others similarly situated.<br><br>                    Plaintiff,<br><br>          vs.<br><br>VOLVO CARS OF NORTH AMERICA, LLC, and DOES 1-100, inclusive,<br><br>                    Defendants. | Case No. 2:05-CV-1379<br><br>**CLASS ACTION**<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT; ORDER** |

1  WHEREAS, the parties hereto stipulated through their respective counsel that
2  defendant Volvo Cars of North America, LLC's ("Volvo's") deadline to respond to
3  Plaintiffs' First Amended Complaint was extended up to and including March 27, 2006;
4  WHEREAS, the Parties have recently agreed to attempt to resolve this action by
5  negotiating a settlement with the assistance of a mediator;
6  WHEREAS, the Parties are currently scheduled to participate in a mediation on
7  April 18, 2006;
8  THEREFORE, pursuant to Local Rule 83-143 and 6-144, the parties hereto,
9  through their respective counsel of record, hereby stipulate that defendant Volvo shall
10 have up to and including May 26, 2006 to respond to Plaintiffs' First Amended
11 Complaint.  The parties hereby respectfully request an Order of the Court granting the
12 extension to which they have agreed.

Dated:  March 21, 2006

THOMAS M. RIORDAN
JOHN V. BERLINSKI
REUBEN D. WILSON
MOLLY J. MAGNUSON
O'MELVENY & MYERS LLP

By  /s/
    Reuben D. Wilson

Attorneys for Defendant
Volvo Cars of North America, LLC

Dated:  March 21, 2006

FAZIO | MICHELETTI LLP

LIEFF, CABRASER, HEIMANN
 & BERNSTEIN, LLP

By  /s/

Attorneys for Plaintiffs Trew, Funk, Marx
and the proposed Class

1 **ORDER**

2 The parties have filed a stipulation extending time for Defendant Volvo Cars of
3 North America, LLC ("Volvo") to respond to Plaintiffs' First Amended Complaint until
4 May 26, 2006. After full consideration of the parties' stipulation and good cause
5 appearing, the Court GRANTS Volvo an extension of time to respond to Plaintiffs' First
6 Amended Complaint up to and including May 26, 2006.

8 IT IS SO ORDERED.

10 Dated: March 23, 2006

_____
DAVID F. LEVI
United States District Judge