KEVIN J. TULLY (S.B. # 079559)
LAW OFFICES OF KEVIN J. TULLY
411 Borel Avenue, Suite 505
San Mateo, California 94402
Telephone:   (650) 377-0708
Facsimile:   (650) 377-0606

THOMAS M. RIORDAN (S.B. # 176364)
JOHN V. BERLINSKI (S.B.# 208537)
REUBEN D. WILSON (S.B.# 212563)
MOLLY J. MAGNUSON (S.B. # 229444)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

Attorneys for Defendant
VOLVO CARS OF NORTH AMERICA, LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CAROLE TREW, on behalf of herself and all others similarly situated, and on behalf of the General Public as a Private Attorney General; LOREN FUNK, on behalf of himself and all others similarly situated; and JUDITH AND MATTHEW WESLEY MARX, on behalf of themselves and others similarly situated.<br><br>Plaintiff,<br><br>vs.<br><br>VOLVO CARS OF NORTH AMERICA, LLC, and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 2:05-CV-1379<br><br>**CLASS ACTION**<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT; ORDER** |

1  WHEREAS, the parties hereto stipulated through their respective counsel that
2  defendant Volvo Cars of North America, LLC's ("Volvo's") deadline to respond to
3  Plaintiffs' First Amended Complaint was extended up to and including May 26, 2006;
4  WHEREAS, the Parties have recently agreed to attempt to resolve this action by
5  negotiating a settlement with the assistance of a mediator;
6  WHEREAS, the Parties have participated in a mediation and are currently
7  attempting to negotiate the terms of a settlement agreement;
8  THEREFORE, pursuant to Local Rule 83-143 and 6-144, the parties hereto,
9  through their respective counsel of record, hereby stipulate that defendant Volvo shall
10 have up to and including June 30, 2006 to respond to Plaintiffs' First Amended
11 Complaint.  The parties hereby respectfully request an Order of the Court granting the
12 extension to which they have agreed.

Dated:  May 26, 2006

THOMAS M. RIORDAN
JOHN V. BERLINSKI
REUBEN D. WILSON
MOLLY J. MAGNUSON
O'MELVENY & MYERS LLP

By _____/s/_____
        Reuben D. Wilson

Attorneys for Defendant
Volvo Cars of North America, LLC

Dated:  May 25, 2006

FAZIO | MICHELETTI LLP

LIEFF, CABRASER, HEIMANN
  & BERNSTEIN, LLP

By _____/s/_____

Attorneys for Plaintiffs Trew, Funk, Marx
and the proposed Class

**ORDER**

The parties have filed a stipulation extending time for Defendant Volvo Cars of North America, LLC ("Volvo") to respond to Plaintiffs' First Amended Complaint until June 30, 2006. After full consideration of the parties' stipulation and good cause appearing, the Court GRANTS Volvo an extension of time to respond to Plaintiffs' First Amended Complaint up to and including June 30, 2006.

IT IS SO ORDERED.

Dated: May 30, 2006

/s/ David F. Levi
The Honorable David F. Levi
United States District Court Judge