1  KEVIN J. TULLY (S.B. # 079559)
   LAW OFFICES OF KEVIN J. TULLY
2  411 Borel Avenue, Suite 505
   San Mateo, California 94402
3  Telephone:   (650) 377-0708
   Facsimile:   (650) 377-0606
4
   THOMAS M. RIORDAN (S.B. # 176364)
5  JOHN V. BERLINSKI (S.B.# 208537)
   REUBEN D. WILSON (S.B.# 212563)
6  MOLLY J. MAGNUSON (S.B. # 229444)
   O'MELVENY & MYERS LLP
7  400 South Hope Street
   Los Angeles, California 90071-2899
8  Telephone: (213) 430-6000
   Facsimile: (213) 430-6407
9
   Attorneys for Defendant
10 VOLVO CARS OF NORTH AMERICA, LLC

11

12                    **UNITED STATES DISTRICT COURT**

13                    **EASTERN DISTRICT OF CALIFORNIA**

14

| | |
|---|---|
| 15  CAROLE TREW, on behalf of herself and all others similarly situated, and on behalf of the General Public as a Private Attorney General; LOREN FUNK, on behalf of himself and all others similarly situated; and JUDITH AND MATTHEW WESLEY MARX, on behalf of themselves and others similarly situated. | Case No. 2:05-CV-1379-DFL-EFB  **CLASS ACTION**  **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT; ORDER** |
| Plaintiff, | |
| vs. | |
| VOLVO CARS OF NORTH AMERICA, LLC, and DOES 1-100, inclusive, | |
| Defendants. | |

WHEREAS, the parties hereto previously stipulated through their respective counsel that the deadline for defendant Volvo Cars of North America, LLC ("Volvo") to respond to Plaintiffs' First Amended Complaint was extended up to and including May

1  26, 2006;

2  WHEREAS, after the parties participated in settlement negotiations with the
3  assistance of a mediator, they subsequently stipulated to further extend the deadline for
4  Volvo to respond to Plaintiffs' First Amended Complaint to June 30, 2006, to allow
5  sufficient time to negotiate a settlement, which extension was approved by this Court;

6  WHEREAS, as the parties were working in cooperation on the preparation of a
7  settlement agreement, they subsequently stipulated to further extend the deadline for
8  Volvo to respond to Plaintiffs' First Amended Complaint to September 15, 2006, to allow
9  sufficient time to negotiate a settlement, which extension was approved by this Court

10 WHEREAS, the parties continue to work in cooperation on the preparation of a
11 settlement agreement, most of the terms of which have been negotiated, and numerous
12 drafts of which have been exchanged;

13 THEREFORE, pursuant to Local Rules 83-143 and 6-144, the parties hereto,
14 through their respective counsel of record, hereby stipulate that Volvo shall have up to
15 and including October 31, 2006 to respond to Plaintiffs' First Amended Complaint.  The
16 parties hereby respectfully request an Order of the Court granting the extension to which
17 they have agreed.

18 Dated: September ___, 2006

O'MELVENY & MYERS LLP

By _____
Molly J. Magnuson
Attorneys for Defendant
Volvo Cars of North America, LLP

Dated: September ___, 2006

FAZIO | MICHELETTI LLP

LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP

By _____
Jeffrey L. Fazio
Attorneys for Plaintiffs Trew, Funk, Marx
and the proposed Class

1 **ORDER**

2 In light of their current negotiation of a settlement agreement, of which final
3 agreement is close to being reached, the parties have filed a stipulation extending the
4 deadline for Defendant Volvo Cars of North America, LLC ("Volvo") to respond to
5 Plaintiffs' First Amended Complaint until October 31, 2006. After full consideration of
6 the parties' stipulation and good cause appearing, the Court GRANTS Volvo an extension
7 of time to respond to Plaintiffs' First Amended Complaint up to and including October 31,
8 2006.

9 IT IS SO ORDERED.

10
11 Dated: September 14, 2006
12 _____
DAVID F. LEVI
United States District Judge
13