1 THOMAS M. RIORDAN (S.B. # 176364)
REUBEN D. WILSON (S.B.# 212563)
2 MOLLY J. MAGNUSON (S.B. # 229444)
O'MELVENY & MYERS LLP
3 400 South Hope Street
Los Angeles, California  90071-2899
4 Telephone: (213) 430-6000
Facsimile: (213) 430-6407

Attorneys for Defendant
VOLVO CARS OF NORTH AMERICA, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLE TREW, on behalf of herself and all others similarly situated, and on behalf of the General Public as a Private Attorney General; LOREN FUNK, on behalf of himself and all others similarly situated; and JUDITH AND MATTHEW WESLEY MARX, on behalf of themselves and others similarly situated.<br><br>Plaintiff,<br><br>vs.<br><br>VOLVO CARS OF NORTH AMERICA, LLC, and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 2:05-CV-1379-DFL-EFB<br><br>**CLASS ACTION**<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT;  ORDER** |

WHEREAS, the parties hereto initially stipulated through their respective counsel that the deadline for defendant Volvo Cars of North America, LLC ("Volvo") to respond to Plaintiffs' First Amended Complaint was extended up to and including May 26, 2006;

WHEREAS, the parties subsequently participated in settlement negotiations with the assistance of a mediator, and began the process of negotiating and drafting a settlement agreement;

1  WHEREAS, in order to allow sufficient time to continue to negotiate a settlement, the parties stipulated to further extend the deadline for Volvo to respond to Plaintiffs' First Amended Complaint to June 30, 2006, which deadline was subsequently extended to September 15, 2006, and then to October 31, 2006, all of which were approved by this Court;

WHEREAS, with the consent of Volvo, Plaintiffs filed their Second Amended Complaint on or about November 13, 2006;

WHEREAS, the parties continue to work in cooperation on the preparation of a settlement agreement, most of the terms of which have been negotiated, and numerous drafts of which have been exchanged.  The parties intend to file shortly a motion for preliminary approval of the settlement, which motion is currently set to be heard by this Court on January 24, 2007;

THEREFORE, pursuant to Local Rules 83-143 and 6-144, the parties hereto, through their respective counsel of record, hereby stipulate that Volvo shall have up to and including January 31, 2007 to respond to Plaintiffs' Second Amended Complaint. The parties hereby respectfully request an Order of the Court granting the extension to which they have agreed.

Dated:  December ___, 2006

O'MELVENY & MYERS LLP

By _____
   Molly J. Magnuson
Attorneys for Defendant
Volvo Cars of North America, LLP

Dated:  December ___, 2006

FAZIO | MICHELETTI LLP

LIEFF, CABRASER, HEIMANN &
   BERNSTEIN, LLP

By _____
   Jeffrey L. Fazio
Attorneys for Plaintiffs and the Proposed Class

**ORDER**

In light of their current negotiation of a settlement agreement, of which final agreement is close to being reached, and in light of the fact that the parties intend to file a motion for preliminary approval of the settlement agreement, which is currently set to be heard by this Court on January 24, 2007, the parties have filed a stipulation extending the deadline for Defendant Volvo Cars of North America, LLC ("Volvo") to respond to Plaintiffs' recently filed Second Amended Complaint until January 31, 2007. After full consideration of the parties' stipulation and good cause appearing, the Court GRANTS Volvo an extension of time to respond to Plaintiffs' Second Amended Complaint up to and including January 31, 2007.

IT IS SO ORDERED.


Dated: December 11, 2006

/s/ David F. Levi
The Honorable David F. Levi
United States District Court Judge