JEFFREY L. FAZIO (S.B. # 146043)
DINA E. MICHELETTI (S.B. # 184141)
FAZIO | MICHELETTI LLP
4900 Hopyard Road, Suite 290
Pleasanton, CA  94588-7100
Telephone:  925-469-2424
Telecopier:  925-369-0344

Attorneys for Plaintiffs


THOMAS M. RIORDAN (S.B. # 176364)
MOLLY J. MAGNUSON (S.B.# 229444)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California  90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

Attorneys for Defendant
Volvo Cars of North America, LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CAROLE TREW, on behalf of herself and all others similarly situated, and on behalf of the General Public as a Private Attorney General; LOREN FUNK, JUDITH AND MATTHEW WESLEY MARX, and SCOTT SANTOS, on behalf of themselves and others similarly situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>VOLVO CARS OF NORTH AMERICA, LLC, and DOES 1-100, inclusive,<br><br>    Defendants. | Case No. 2:05-CV-1379-DFL-PAN<br><br>**JOINT STIPULATION AND ORDER CONTINUING FINAL APPROVAL HEARING**<br><br>Judge:  Honorable David F. Levi<br>Courtroom.: 7 |

NB1:713899.1

JOINT STIPULATION AND
PROPOSED ORDER CONTINUING
FINAL APPROVAL HEARING

WHEREAS, in its March 7, 2007 order granting preliminary approval of the settlement of this class action (the "Preliminary Approval Order"), the Court scheduled a hearing for June 10, 2007 for the purpose of finally determining whether the Parties' Settlement Agreement is fair, reasonable, and adequate and should be approved by the Court via entry of the Final Approval Order and Judgment contemplated by the Settlement Agreement (the "Final Approval Hearing").

WHEREAS, in its Preliminary Approval Order, the Court also ordered that, within 45 days of entry of the Preliminary Approval Order, Rosenthal & Company LLC shall deliver to the United States Postal Service for first-class mailing, postage prepaid, copies of the Direct Mail Notice (in substantially the form set forth in Exhibit 2 of the Settlement Agreement) addressed to each Settlement Class Member whose most current available address can reasonably be found by R.L. Polk & Co. in its database of registered owners and/or lessees of the Class Vehicles and by the Rosenthal & Company LLC, who will update the information received from R.L. Polk & Co. using the National Change of Address Database.

WHEREAS, due to a number of unanticipated delays, including delays associated with the obtaining of motor vehicle records from certain state agencies by R.L. Polk & Co. and delays associated with the production of the Direct Mail Notice, the Direct Mail Notice could not be mailed within the 45 day time frame set forth in the Preliminary Approval Order;

WHEREAS, the Parties have agreed upon a revised schedule for the mailing of the Direct Mail Notice and have agreed upon a corresponding date for the Final Approval Hearing, which date has been confirmed by the Parties as available, and has been reserved, with the Court's clerk, Mr. Harry Vine;

THEREFORE, the Parties hereto, through their respective counsel of record, hereby stipulate that:

1. Rosenthal & Company LLC shall have up to and including May 25, 2007 to deliver to the United States Postal Service for first-class mailing, postage prepaid, copies

of the Direct Mail Notice; and

    2.    The Final Approval Hearing shall be continued from June 20, 2007 to July 25, 2007 at 10:00 a.m., or to another date thereafter as the Court's calendar permits.

Dated: April ___, 2007

    FAZIO | MICHELETTI LLP

    LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By _____
    Dina E. Micheletti
Attorneys for Plaintiffs and the Proposed Class

Dated: April ___, 2007

    O'MELVENY & MYERS LLP

By _____
    Molly J. Magnuson
Attorneys for Defendant
Volvo Cars of North America, LLP

## **ORDER**

After full consideration of the Parties' stipulation and good cause appearing, THE COURT ORDERS that Rosenthal & Company LLC shall have up to and including May 25, 2007 to deliver to the United States Postal Service for first-class mailing, postage prepaid, copies of the Direct Mail Notice. THE COURT FURTHER ORDERS that the Final Approval Hearing shall be continued to July 25, 2007, at 10:00 a.m., or to another date thereafter as the Court's calendar permits

IT IS SO ORDERED.

Dated: April 30, 2007

/s/ David F. Levi
The Honorable David F. Levi
United States District Court Judge