IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLE TREW, on behalf of herself and all others similarly situated, and on behalf of the General Public as a Private Attorney General; LOREN FUNK; JUDITH AND MATTHEW WESLEY MARX; and SCOTT SANTOS, on behalf of themselves and others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>VOLVO CARS OF NORTH AMERICA, LLC, and DOES 1-100, inclusive,<br><br>    Defendants.<br>_____/ | No. 2:05-cv-01379-JAM-EFB<br><br><u>ORDER APPROVING SUPPLEMENTAL</u><br><u> NOTICE, ENFORCING REPORTING</u><br><u>OBLIGATIONS, AND DENYING THE</u><br><u>   RE-OPENING OF DISCOVERY</u> |

    This Court, having considered Volvo's Motion to Approve Supplemental Notice To Class Members Who Did Not Receive Original Class Notice (the "Motion") and Plaintiffs' Cross-Motion for Order Enforcing Judgment by Requiring Supplemental Notice and Enforcement of Reporting Obligations and to Re-Open

1

Discovery for Purposes of Same (the "Cross-Motion"), hereby GRANTS the Motion, GRANTS IN PART and DENIES IN PART the Cross-Motion and further orders as follows:

(1) Approval is hereby given to the form of and the provisions for disseminating the Supplemental Notice (in substantially the form set forth in Exhibit A to the Motion) to Additional Class Members.  The Court finds that the Supplemental Notice to be given constitutes the best notice practicable under the circumstances, including individual notice to all Additional Class Members via first-class mail who can be identified with reasonable effort, and constitutes valid, due, and sufficient notice to Additional Class Members in full compliance with the requirements of applicable law, including the Due Process Clause of the United States Constitution.  The costs of providing the Supplemental Notice to Additional Class Members shall be borne by Volvo.

(2) Within 45 days of entry of this Order, Rosenthal & Company LLC shall deliver to the United States Postal Service for first-class mailing, postage prepaid, copies of the Supplemental Notice (in substantially the form set forth in Exhibit A of the Motion) addressed to each Additional Class Member whose most current available address can reasonably be found by R.L. Polk & Co. in its database of registered owners and/or lessees of the Class Vehicles and by the Rosenthal & Company LLC, who will

update the information received from R.L. Polk & Co. using the National Change of Address Database.  Where necessary, Rosenthal & Company LLC is authorized to obtain vehicle registration information concerning current or former owners or lessees of the Class Vehicles from the appropriate state agencies for the sole purpose of providing mailed Supplemental Notice, and the relevant state agencies shall make the appropriate vehicle registration data available for this purpose only.  After the initial dissemination of the Notice, Rosenthal & Company LLC shall undertake reasonable efforts to find updated addresses for any Supplemental Notice that is returned as undeliverable, and shall re-send the Supplemental Notice to any Settlement Class Members for which updated addresses are located.

(3) Each potential Settlement Class Member who wishes to be excluded from the Settlement Class must submit a written request for exclusion ("Request for Exclusion") to Rosenthal & Company, LLC at the address specified in the Supplemental Notice.  Such Requests for Exclusion must be postmarked on or before the date specified in the Supplemental Notice, which shall be no less than 30 days after the mailing of the Supplemental Notice.  To be effective, the Request for Exclusion must: (a) set forth the individual's full name and current address, (b) identify the model year and model of his/her Class Vehicle(s) and the approximate date of purchase or lease, and (c) specifically

state his/her desire to be excluded from the Settlement Class. Any current owner or lessee of a Class Vehicle who submits Request for Exclusion must also provide the VIN of the vehicle along with that Request.  Anyone who falls within the Settlement Class definition and does not submit a timely and complete Request for Exclusion shall be deemed a Settlement Class Member and may be bound by all proceedings, orders, and judgments of the Court pertaining to the Settlement Class pursuant to the Settlement Agreement.

(4) Except as to those matters noted herein, the terms of the Settlement Agreement and Final Approval Order previously entered by the Court, including the reporting obligations contained in the Settlement Agreement at Paragraph B(5)(e) shall remain in full force and effect.

(5)  Discovery will not be re-opened.


IT IS SO ORDERED.

Dated:   July 2, 2008

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE